UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TERENCE HOLLOWAY, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:06CV1235 CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

In addition, plaintiff has responded to the Court's show cause order of June 5, 2007, regarding the lack of service on defendant Gregory Rakestraw. Plaintiff requests additional time to complete service. This request is reasonable especially in light of the appointment of new counsel.

Accordingly,

**IT IS HEREBY ORDERED** that **Scot J. Seabaugh, POLSINELLI AND SHALTON, 100 S. Fourth Street, Suite 1110, St. Louis, MO, 63102, phone 314-231-1950, fax 314-231-1776**, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's appointed counsel with a complete copy of the court file at no cost.

**IT IS FURTHER ORDERED** that the deadlines established by the Court's Case Management Order issued on May 11, 2007, are VACATED.

**IT IS FURTHER ORDERED** that a telephone conference will be held with all counsel on **Tuesday, July 24, 2007, at 10:00 a.m**. The Court will place the call.

**IT IS FINALLY ORDERED** that plaintiff's time for completing service on defendant Gregory Rakestraw is extended until **August 20, 2007**.

Dated this 20th day of June , 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE