UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1235 CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated in plaintiff's motion for leave to withdraw,

**IT IS HEREBY ORDERED** that plaintiff's motion to withdraw as appointed counsel [#113] is granted.

**IT IS FURTHER ORDERED** that, if no duly-appointed personal representative of plaintiff Terence Holloway files a motion for substitution within ninety (90) days after his death or **Monday, January 25, 2010**, this case will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that this case is stayed until **Monday, January 25, 2010**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order to the following persons:

(1) Richard Woods, 1417 Ohio Apt. # 5, St. Louis, Missouri 63104;

(2) Delores Henry, 2149 E. Fair, St. Louis, Missouri 63107;

(3) Donetta Thomas, 1121 Vinson, St. Louis, Missouri 63106;

(4) Lisa Anderson, 14 S. Third Street Apt. # 4, Belleville, Illinois 62220.



_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2009.