UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERENCE HOLLOWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORRECTIONAL MEDICAL )<br>SERVICES, et al., )<br>)<br>Defendants. ) | Case No. 4:06CV1235 CDP |

### ORDER

This Court has received a letter from plaintiff's mother requesting several documents in this case, including copies of the March 9, 2010 Memorandum and Order disposing of plaintiff's complaint and copies of sealed documents in the case. Plaintiff initially filed this action in 2006 against Missouri prison officials who, he claimed, failed to properly treat his hepatitis C infection. While the case was pending, plaintiff died in an unrelated car wreck. Although plaintiff's personal representatives had given the Court some indication that they might enter appearances in this case, I granted defendants summary judgment in March of 2010, because I concluded that the undisputed evidence showed that defendants were not deliberately indifferent to plaintiff's serious medical needs.

I have reviewed plaintiff's mother's letter, and I will direct the Clerk of the Court to file this letter as a motion to unseal files. I will also direct the Clerk to

send plaintiff's mother copies of the March 9, 2010 Memorandum and Order and Judgment, as well as the docket sheet in this case.  I will finally direct the parties, if they object to lifting the files from seal, to show cause why the sealed files should not be unsealed by **Tuesday, July 5, 2011**.  If no party objects to unsealing the sealed documents, plaintiff's mother may have access to them, but she is reminded that she must pay for the copies herself.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall file plaintiff's mother's letter as a motion to unseal documents.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send copies of the March 9, 2010 Memorandum and Order and Judgment, as well as the docket sheet for this case, to plaintiff's mother at the address listed in her letter.

**IT IS FURTHER ORDERED** that any party objecting to the Court lifting the sealed documents in this case from seal must show cause stating these objections no later than **Tuesday, July 5, 2011**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2011.